IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 1:08cr28-SPM

MARK BRADFORD LEE,

      Defendant.
_____/

**PRELIMINARY ORDER ON COMPETENCY
AND CONTINUING TRIAL**

THIS CAUSE came before the Court for review of the forensic report of Defendant's psychological evaluation conducted pursuant to 18 U.S.C. § 4247. In the report, the psychologist provides a detailed summary of his evaluation of Defendant and concludes that Defendant is competent to stand trial. Having carefully reviewed the report, the Court agrees with this conclusion and makes a preliminary finding that all reasonable doubts have been dispelled as to Defendant's competency to stand trial.

If either party, however, still has reason to question Defendant's competency to stand trial, within 10 days of the date of this order the party shall file a motion requesting a competency hearing. If no such motion is filed, the clerk shall refer this case to the undersigned judge for issuance of an order of

competency without a hearing.  See Cheely v. United States, 367 F.2d 547, 548-49 (5th Cir. 1966); United States v. Jones, 23 F.3d 1307, 1309 (8th Cir. 1994).

In the meantime, the trial set for April 6, 2009, is continued to 8:30 a.m. on Tuesday, May 5, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 31st day of March, 2009.


*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge