IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr28-SPM

MARK BRADFORD LEE,

    Defendant.
_____/

## ORDER OF COMPETENCY

The parties have had an opportunity to review the forensic evaluation (doc. 34) and request a competency hearing if they still had reason to question Defendant's competency to stand trial. No such request has been filed. Upon its own review, the Court finds all reasonable doubts have been dispelled as to Defendant's competency to stand trial. Whereupon, it is

ORDERED AND ADJUDGED that Defendant Mark Bradford Lee is competent to stand trial.

DONE AND ORDERED this 14th day of April, 2009.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge