IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          CASE NO. 1:08cr28-SPM

**MARK BRADFORD LEE,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Defendant proposes to enter a guilty plea to Counts One and Two of the charges in this indictment. The district judge referred this matter to me for purposes of hearing Defendant's proposed change of plea pursuant to Fed.R.Crim.P. 11 and to enter a report and recommendation as to whether to accept the change of plea. All parties consented to this procedure, and the written consent has been entered. After hearing, it is found that:

    1. Defendant understands the nature of the charges as to which the plea is offered.

    2. Defendant understands that he has a right to trial by jury, to persist in his plea of not guilty, to assistance of counsel at trial, to confront and cross examine adverse witnesses, and his right against compelled self-incrimination.

3.  Defendant understands the maximum possible sentence he faces if the guilty plea is accepted, including the effect of the supervised release term, and understands that the sentencing guidelines apply and that the court may depart from those guidelines under some circumstances.

4.  The plea of guilty by the Defendant has been knowingly and voluntarily made, and is not the result of force or threats, or of promises except for promises contained in the written plea agreement between the parties.

5.  Defendant is competent to plead guilty.

6.  Defendant understands that his answers during the plea colloquy, which were under oath, may be later used against him in prosecution for perjury or false statement.

7.  There is a factual basis for Defendant's guilty plea.

8.  There is a plea agreement which should be accepted by the court.  Defendant understands the terms of the plea agreement.

9.  Defendant has voluntarily consented to go forward with his plea of guilty before the undersigned.  He understands that he has waived the ten day period for filing objections to this report and recommendation, and agrees that he has twenty-four hours from receipt of a copy of this report and recommendation in which to file written objections, if any.  The United States also consents to this procedure, including the shorter period for objections.

Accordingly, it is **RECOMMENDED** that the court **ACCEPT** the plea agreement and defendant's plea of guilty.

**IN CHAMBERS** at Gainesville, Florida, this __24th__ day of April, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within <u>24 hours</u> after receiving a copy of this report and recommendation.