IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 1:08cr28-SPM

MARK BRADFORD LEE,

      Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing (doc. 47) is granted. The sentencing hearing is reset for 1:30 p.m. on August 3, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 2nd day of July, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge