IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr28-SPM

MARK BRADFORD LEE,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing (doc. 51) is granted. The sentencing hearing is reset for 1:30 p.m. on October 5, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 30th day of July, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge